**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry B. Dietz,          )<br>          )<br>     Petitioner,    )<br>          )<br>vs.        )<br>          )<br>Warden Fizer, et al.,    )<br>          )<br>     Respondents.   )<br>_____) | No. CIV 05-3483-PHX-ROS (GEE)<br><br>**ORDER** |

Pending before the court is a Motion to Submit Case for Decision, filed by the petitioner, Larry B. Dietz, on March 10, 2006. [doc. #14]

On October 31, 2005, Dietz, a filed a Petition for Writ of Habeas Corpus pursuant to Title 28, United States Code, Section 2254. On January 23, 2006, the court ordered the respondents to file their answer within 40 days of service of the order. The respondents filed their answer on March 6, 2006, 42 days after service.

In the instant motion, Dietz argues the respondents failed to file an answer within 40 days of the date of service and the court should dispose of the matter summarily. Dietz is factually right but legally wrong. The respondents did not file their answer within 40 days of the date of service, but FED.R.CIV.P. 6(e) allows for the addition of three days to any deadline triggered by the service of another order if, as in this case, service was accomplished by electronic mail. The legal deadline was 43 days after service, and the respondents' answer was timely filed. Accordingly,

1
2    IT IS ORDERED that the Motion to Submit Case for Decision, filed by the petitioner,
3 Larry B. Dietz, on March 10, 2006, is DENIED. [doc. #14]
4
5    DATED this 28th day of March, 2006.
6
7
8
9                                    _____
                                          Glenda E. Edmonds
10                                        United States Magistrate Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28